IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

      Plaintiff,

vs.                                   No. CV 21-01079 KG/KRS

CURRY COUNTY ADULT DETENTION CENTER,
et al.,

      Defendants.

## ORDER FOR REDACTION

**THIS MATTER** is before the Court *sua sponte* under rule 5.2 of the Federal Rules of Civil Procedure. The Court notes that Plaintiff Myrtis Paulo Hart has included his date of birth on his filing with the Court. (Doc. 1 at 1). This information is not relevant or necessary for the civil rights claims asserted by Plaintiff in this case and should not be included on Court filings under the provisions of rule 5.2(a). The Court will direct the Clerk to substitute redacted copies of the document. The Court also notifies Plaintiff that he should not include his date of birth in any future filings with the Court unless Plaintiff intends to waive his privacy protections under rule 5.2. Any further filings by Plaintiff that include his date of birth will be deemed to be a waiver of the privacy protections pursuant to Fed. R. Civ. P. 5.2(h).

      **IT IS ORDERED** that the Clerk **REDACT** Plaintiff's date of birth from Doc. 1 at 1 and substitute the redacted copy of that document in the Court record. Any further filings by Plaintiff that contain his date of birth will be deemed to be a waiver of the privacy protections of Fed. R. Civ. P. 5.2.

                                                      */s/ Kevin Sweazea*
                                                  **UNITED STATES MAGISTRATE JUDGE**