IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

vs.                          No. CV 21-01079 KG/KRS

CURRY COUNTY ADULT DETENTION CENTER,
CURRY COUNTY MANAGER, DEPARTMENT OF
PUBLIC SAFETY, MDC, ALBUQUERQUE COUNTY
MANAGER, DEPARTMENT OF PUBLIC SAFETY,
NSA, HOMELAND SECURITY, FCC, FBI, WARDEN
MARK GALLEGOS,

    Defendants.

## JUDGMENT

THIS MATTER is before the Court under Fed. R. Civ. P. 41(b) on the Claim for Damage, Injury, or Death (Doc. 1) and Complaint for Violation of Civil Rights (Doc. 5) filed by Plaintiff Myrtis Paulo Hart and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

IT IS ORDERED that JUDGMENT is entered and the Claim for Damage, Injury, or Death (Doc. 1) and Complaint for Violation of Civil Rights (Doc. 5) are DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

                                               UNITED STATES DISTRICT JUDGE